# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| AGCS MARINE INSURANCE COMPANY, | ) ) ) | Case No. 1:25-cv-54 |
| Plaintiff, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Michael J. Dumitru |
| MENA LOGISTICS LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court for case-management purposes. Plaintiff AGCS Marine Insurance Company filed its complaint on February 18, 2025. (*See* Doc. 1.) Approximately 90 days later, Plaintiff moved for an extension of time to serve Defendant. (Doc. 8.) Plaintiff requested an additional 120 days to effectuate service. (*Id*. at 2.) The Court granted Plaintiff's motion in part. (*See* Doc. 9.) The Court noted that Plaintiff had not explained what attempts it had made to serve Defendant besides attempting to serve its registered agent. (*Id*. at 1.) The Court also noted that Plaintiff had not explained why a 120-day extension was necessary. (*See id*.) The Court ordered Plaintiff to serve Defendant on or before June 10, 2025. (*See id.* at 2.) The Court put Plaintiff on notice that failure to serve Defendant by June 10, 2025, would result in this matter being dismissed without prejudice. (*See id*.)

Plaintiff has failed to serve Defendants by the date set by the Court and has not moved for an extension of time to serve. Accordingly, this action is hereby **DISMISSED WITHOUT**

**PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).  The clerk is **DIRECTED** to close the case.

    **SO ORDERED.**

                                                     /s/ *Travis R. McDonough*
                                                    **TRAVIS R. MCDONOUGH**
                                                    **UNITED STATES DISTRICT JUDGE**